UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>EMPIRE STATE CONGLOMERATES, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10061-smb |

### LIST OF EQUITY SECURITY HOLDERS/
### CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 1007(a)

1.     Pursuant to Rule 1007(a) of the Federal Rules of Bankruptcy Procedure, the undersigned certifies on behalf of Empire State Conglomerates, Inc., the debtor and debtor-in-possession (the "Debtor") that the following natural persons own all of the Debtor's equity interests:

| Name/Address | Interest Held |
|---|---|
| Paul A. Peterson<br>231 East 96th Street, Apt. 2FW<br>New York, NY  10128 | 32.9% |
| James Sheehan<br>60-34 61st Street<br>Maspeth, NY  11378 | 67.1% |

2.     No corporations own any of the Debtor's equity securities.

Dated: January 27, 2015

                                        Empire State Conglomerates, Inc.

                        By:     _____
                                        Name: Paul A. Peterson
                                        Its:     President