UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                              :
                                                    :        Chapter 7
EMPIRE STATE CONGLOMERATES, INC.,                   :
                                                    :        Case No.: 15-10061 (SMB)
                                  Debtor.           :
------------------------------------------------------------ x

### ORDER AUTHORIZING RETENTION OF MYC & ASSOCIATES, INC. AS TRUSTEE'S REAL ESTATE BROKER AND PROPERTY MANAGER PURSUANT TO 11 U.S.C. § 327 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014

Upon the application (the "Application") of Deborah J. Piazza, Chapter 7 trustee (the "Trustee") of the debtor Empire State Conglomerates, Inc. (the "Debtor") and the supporting affidavit of Marc P. Yaverbaum seeking the entry of an order pursuant to Section 327 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules, authorizing the retention of MYC & Associates, Inc. ("MYC") as the Trustee's Real Estate Broker and Property Manager; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due notice of the Application and this Order having been made; and after due deliberation it being determined that the relief requested is necessary to the administration of the Debtor's estate, and this Court being satisfied that MYC (a) does not hold or represent any interest adverse to the Trustee, the Debtor, its creditors or the Debtor's estate with respect to the matters upon which MYC is to be retained; (b) is a disinterested person with the meaning of Section 101(14) of the Bankruptcy Code; and (c) that its employment is necessary and would be in the best interests of the estate; it is

**ORDERED,** that the Trustee be, and hereby is, authorized pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, to retain MYC as the Trustee's Real Estate Broker for the purposes of marketing for sale by the Trustee of the cooperative apartment shares owned by the Debtor's estate, for a fee to be fixed by the Court, not to exceed 6% of the gross sales prices of the properties, upon the filing of a proper application therefor to the Court in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, and any applicable guidelines issues by the Executive Office of the United States Trustee (the "<u>United States Trustee Guidelines</u>"); and it is further

**ORDERED**, that the Trustee be, and hereby is, authorized pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, to retain MYC as the Trustee's Property Manager to perform services in connection with the estate's cooperative apartments as set forth in the Application through and including the respective dates upon which the sales of said apartments to third parties are consummated; and it is further

**ORDERED**, that MYC shall be compensated for its services as the Trustee's Property Manager in accordance with and will file interim and final fee applications for allowance of its compensation and expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, and the applicable United States Trustee Guidelines; and it is further

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**ORDERED**, that the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

No Objection to Entry of this Order:

THE UNITED STATES TRUSTEE

     /s/ Richard Morrissey
By: Richard Morrissey, Esq.
     Trial Attorney
     Office of the United States Trustee
     For the Southern District of New York

Dated:   New York, New York
         May __, 2015

                              **HONORABLE STUART M. BERNSTEIN**
                              **UNITED STATES BANKRUPTCY JUDGE**