**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN  DIVISION**

In re:  Empire State Conglomerates, Inc.                §        Case No. 15-10061-SMB
                                                                               §
                                                                               §
                                                                               §
              Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

        Deborah J. Piazza, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:   $0.00 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:   $560,552.10 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:   $286,016.76 | |

        3) Total gross receipts of $846,568.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $846,568.86 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $839,274.88 | $545,602.92 | $545,602.92 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $304,941.64 | $304,941.64 | $285,691.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $325.12 | $325.12 | $325.12 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $4,807.39 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $262,245.89 | $128,608.20 | $14,949.18 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,411,594.92 | $979,477.88 | $846,568.86 |

4) This case was originally filed under chapter 7 on 01/13/2015, and it was converted to chapter 7 on 03/27/2015.  The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    08/01/2017                         By: /s/ Deborah J. Piazza
                                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adjusting entry for Deposit 100004: Credited to the escrow account in error. Corporate Franchise Tax Refund | 1224-000 | -$1,875.00 |
| Flushing Bank and People's United Bank | 1129-000 | $6,743.86 |
| Rent - Coop Apartment 5R | 1222-000 | $7,050.00 |
| Various Judgments and Claims | 1149-000 | $18,000.00 |
| New York Corporate Tax Refund | 1224-000 | $1,875.00 |
| 87-10 51st Avenue, Elmhurst, NY 11373 - 1,670 sh | 1129-000 | $807,500.00 |
| Use and occupancy for apartment 2S | 1222-000 | $5,400.00 |
| Corporate Franchise Tax Refund | 1224-000 | $1,875.00 |
| **TOTAL GROSS RECEIPTS** | | **$846,568.86** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-3 | NYS DEPT OF TAX & FINANCE BANKRUPTCY SECTION | 4800-000 | $0.00 | $1,647.81 | $1,647.81 | $1,647.81 |
| 5 | 87-10 Operating LLC | 4110-000 | $0.00 | $277,142.39 | $152,804.25 | $152,804.25 |
| 7 | 87-10 51st Avenue Owners Corp. | 4210-000 | $0.00 | $333,209.73 | $223,772.33 | $223,772.33 |
| NCB | National Cooperative Bank/NCB, FSB | 4210-000 | NA | $227,274.95 | $167,378.53 | $167,378.53 |
| | **TOTAL SECURED** | | **$0.00** | **$839,274.88** | **$545,602.92** | **$545,602.92** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah J. Piazza | 2100-000 | NA | $45,484.69 | $45,484.69 | $45,484.69 |
| Attorney for Trustee Fees - Tarter Krinsky & Drogin LLP | 3110-000 | NA | $154,271.50 | $154,271.50 | $154,271.50 |
| Attorney for Trustee, Expenses - Tarter Krinsky & Drogin LLP | 3120-000 | NA | $2,187.05 | $2,187.05 | $2,187.05 |
| Fees, United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - 87-10 Operating LLC | 2500-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Miller & Miller LLP | 2500-000 | NA | $750.00 | $750.00 | $750.00 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Miller & Miller, LLP | 2500-000 | NA | $750.00 | $750.00 | $750.00 |
| Banking and Technology Service Fee - EmpireNationalBank | 2600-000 | NA | $353.44 | $353.44 | $353.44 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,625.26 | $2,625.26 | $2,625.26 |
| Other Chapter 7 Administrative Expenses - Preemptive Process Servers | 2990-000 | NA | $120.00 | $120.00 | $120.00 |
| Other Chapter 7 Administrative Expenses - Shashi B. Malik CPA P.C. | 2990-000 | NA | $19,250.00 | $19,250.00 | $0.00 |
| Accountant for Trustee Fees (Other Firm) - Andrew W. Plotzker CPA, LLC | 3410-000 | NA | $19,123.50 | $19,123.50 | $19,123.50 |
| Accountant for Trustee Expenses (Other Firm) - Andrew W. Plotzker, CPA, LLC | 3420-000 | NA | $201.20 | $201.20 | $201.20 |
| Personal Property Broker for Trustee Fees - MYC & Associates, Inc. | 3991-500 | NA | $48,000.00 | $48,000.00 | $48,000.00 |
| Personal Property Broker for Trustee Expenses - MYC & Associates, Inc. | 3992-510 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$304,941.64** | **$304,941.64** | **$285,691.64** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other State or Local Taxes  - NYS DEPT OF TAX & FINANCEBANKRUPTCY SECTION | 6820-000 | NA | $325.12 | $325.12 | $325.12 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$325.12** | **$325.12** | **$325.12** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-2P | NYS Dept Of Tax & Finance | 5800-000 | $0.00 | $4,807.39 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$4,807.39** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DelBello Donnellan Weingarten Wise & Wiederkehr | 7100-000 | $0.00 | $21,258.95 | $21,258.95 | $11,108.84 |
| 2 | NYS DEPT OF TAX & FINANCE BANKRUPTCY SECTION | 7100-000 | NA | $1,647.81 | $0.00 | $0.00 |
| 2-2U | NYS Dept Of Tax & Finance | 7100-000 | $0.00 | $953.28 | $0.00 | $0.00 |
| 3 | Department of the TreasuryInternal Revenue Service | 7100-000 | NA | $2,672.05 | $0.00 | $0.00 |
| 3-4 | Department of the Treasury Internal Revenue Service | 7100-000 | NA | $7,105.60 | $0.00 | $0.00 |
| 4 | DelBello Donnellan Weingarten Wise & Wiederkehrc/o Jonathan S. Pasternak, Partner | 7100-000 | $0.00 | $21,258.95 | $0.00 | $0.00 |
| 6 | Rappaport, Hertz, Cherson & Rosenthal P.C. | 7100-000 | $0.00 | $7,349.25 | $7,349.25 | $3,840.34 |
| 7U | 87-10 51St Avenue Owners Corp. | 7100-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 7U | 87-10 51st Avenue Owners Corp. c/o SilvermanAcampora LLP | 7100-000 | NA | $100,000.00 | $100,000.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$262,245.89** | **$128,608.20** | **$14,949.18** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:**  15-10061-SMB
**Case Name:**  Empire State Conglomerates, Inc.

**For Period Ending:**  08/01/2017

**Trustee Name:**    (521800) Deborah J. Piazza
**Date Filed (f) or Converted (c):**  03/27/2015 (c)
**§ 341(a) Meeting Date:**  05/13/2015
**Claims Bar Date:**  10/05/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Rent - Coop Apartment 5R (u) | Unknown | 0.00 | | 7,050.00 | FA |
| 2* | VOID (See Footnote) | VOID | VOID | VOID | VOID | VOID |
| 3 | Flushing Bank and People's United Bank | 113.32 | 6,743.86 | | 6,743.86 | FA |
| 4 | VOID | VOID | VOID | VOID | VOID | VOID |
| 5* | 87-10 51st Avenue, Elmhurst, NY 11373 - 1,670 sh (See Footnote) | 800,000.00 | 807,500.00 | | 807,500.00 | FA |
| 6 | Various Judgments and Claims | 167,740.21 | 167,740.21 | | 18,000.00 | FA |
| 7 | Use and occupancy for apartment 2S (u) | 0.00 | 0.00 | | 5,400.00 | FA |
| 8 | New York Corporate Tax Refund (u) | 1,875.00 | 1,875.00 | | 1,875.00 | FA |
| 8 | **Assets        Totals**    (Excluding unknown values) | **$969,728.53** | **$983,859.07** | | **$846,568.86** | **$0.00** |

RE PROP# 2     This asset is on Schedule B and is duplicative

RE PROP# 5     The breakdown of the sale is as follows:

|  |  |
|---|---|
| 87-10 51st  Avenue - Unit 2S Purchase Price | $300,000 |
| 87-10 51st Avenue - Unit 5R Purchase Price | $475,000 |
| Forfeited deposit from successful bidder on Unit 2S | $ 32,500 |
| Total Received | $807,500 |

Exhibit 8

Page:  2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**   15-10061-SMB

**Case Name:**   Empire State Conglomerates, Inc.

**For Period Ending:**      08/01/2017

**Trustee Name:**      (521800) Deborah J. Piazza

**Date Filed (f) or Converted (c):**   03/27/2015 (c)

**§ 341(a) Meeting Date:**   05/13/2015

**Claims Bar Date:**   10/05/2015

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**        12/31/2017

**Current Projected Date Of Final Report (TFR):**        04/20/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | EmpireNationalBank |
| **Account #:** | ******2925 Checking |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/12/2015 | {1} | XIAO JIANG - CHASE ONLINE BILL PAYM | Rent co-op apartment May 2015 Rent for 8710 51st Avenue, Apt. 5R, Elmhurst, NY | 1222-000 | 2,350.00 | | 2,350.00 |
| 06/01/2015 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 2,340.00 |
| 06/05/2015 | {1} | XIAO JIANG - CHASE ONLINE BILL PAYM | Rent co-op apartment June 2015 Rent for 8710 51st Avenue, Apt. 5R, Elmhurst, NY | 1222-000 | 2,350.00 | | 4,690.00 |
| 07/01/2015 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 4,680.00 |
| 07/07/2015 | {1} | XIAO JIANG - CHASE ONLINE BILL PAYM | Rent co-op apartment July 2015 Rent for 8710 51st Avenue, Apt. 5R, Elmhurst, NY | 1222-000 | 2,350.00 | | 7,030.00 |
| 07/13/2015 | {3} | People's United Bank | Liquidation of Bank Accounts Liquidation of Debtor's bank account with People's United Bank. | 1129-000 | 6,743.86 | | 13,773.86 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | EmpireNationalBank |
| **Account #:** | ******2925 Checking |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/2015 | {7} | CHASE CASHIER'S CHECK | Use and occupancy for apartment 2S Use and occupancy for 1/2 of March ($600), April ($1200), May ($1200), June ($1200) and July ($1200) for 87-10 51st Ave., Apt. 2S, Elmhurst, NY 11373 | 1222-000 | 5,400.00 | | 19,173.86 |
| 08/03/2015 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.11 | 19,154.75 |
| 09/01/2015 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.94 | 19,126.81 |
| 10/01/2015 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.89 | 19,098.92 |
| 10/14/2015 | {6} | KIRSCHENBAUM, PHILLIPS & LEVY, P.C. | Payment of amount owed to the estate Payment of amounts owed to the estate relating to pre-conversion settlement Empire State Conglomerates, Inc. v. Mahbub | 1149-000 | 18,000.00 | | 37,098.92 |
| 11/02/2015 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 43.09 | 37,055.83 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                                              *! - transaction has not been cleared*

Exhibit 9
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | EmpireNationalBank |
| **Account #:** | ******2925 Checking |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/01/2015 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 54.04 | 37,001.79 |
| 12/21/2015 | 101 | Preemptive Process Servers | Retrieval of documents Retrieval of information and copies of documents relating to Civil Court/Queens County action - index no. 063931/2010 | 2990-000 | | 120.00 | 36,881.79 |
| 01/04/2016 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 53.96 | 36,827.83 |
| 02/01/2016 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 53.78 | 36,774.05 |
| 02/24/2016 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 53.63 | 36,720.42 |
| 02/24/2016 | | EmpireNationalBank | Transfer to Rabobank, N.A. | 9999-000 | | 36,720.42 | 0.00 |

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | EmpireNationalBank |
| **Account #:** | ******2925 Checking |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 37,193.86 | 37,193.86 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 36,720.42 | |
| | | **Subtotal** | | | 37,193.86 | 473.44 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $37,193.86 | $473.44 | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 Checking Account |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/24/2016 | | Rabobank, N.A. | Transfer from EmpireNationalBank | 9999-000 | 36,720.42 | | 36,720.42 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 36,710.42 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.92 | 36,652.50 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.82 | 36,601.68 |
| 05/18/2016 | {5} | ABC Properties Equities, LLC | Stalking Horse deposits for purchase of Units 2S and 5R at 87-10 51st Ave., Elmhurst, NY | 1129-000 | 35,000.00 | | 71,601.68 |
| 05/20/2016 | | To Account #******5367 | Stalking Horse deposits for purchase of Units 2S and 5R at 87-10 51st Ave., Elmhurst, NY | 9999-000 | | 35,000.00 | 36,601.68 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.48 | 36,534.20 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.87 | 36,421.33 |
| 08/18/2016 | 10101 | Miller & Miller, LLP | Managing Agent's Fee | 2500-000 | | 750.00 | 35,671.33 |
| 08/22/2016 | | From Account #******5367 | Deposit monies and back up bidder deposits received at auction | 9999-000 | 155,000.00 | | 190,671.33 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 Checking Account |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/24/2016 | {5} | Chase Cashier's Check - Remitter - May S. Wong | Sale Proceeds for sale of 87-10 51st Ave., Apt. 5R (sale price $475,000) | 1129-000 | 427,500.00 | | 618,171.33 |
| 08/24/2016 | | To Account #******5367 | Return to escrow less $47,500 for purchase of 5R | 9999-000 | | 107,500.00 | 510,671.33 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.16 | 510,418.17 |
| 09/08/2016 | | From Account #******5367 | Returns of deposits - Stalking Horse Bidder on Units 5R and 2S; and back up bidder on Unit 5R | 9999-000 | 55,000.00 | | 565,418.17 |
| 09/08/2016 | 10102 {5} | 87-10 Operating LLC | Return of Deposit - Stalking Horse Bidder on Units 5R and 2S | 1129-000 | -35,000.00 | | 530,418.17 |
| 09/08/2016 | 10103 {5} | Yan Li | Return of deposit to back up bidder - Unit 5R | 1129-000 | -20,000.00 | | 510,418.17 |
| 09/22/2016 | 10104 | Miller & Miller LLP | Sale of 2S | 2500-000 | | 750.00 | 509,668.17 |
| 09/23/2016 | {5} | Citibank - Official Check | Part of Purchase Price for Sale of 87-10 51st Ave., Apt. 2S - Total Purchase Price - $300,000 | 1129-000 | 21,000.00 | | 530,668.17 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******5366 Checking Account | |
| **Blanket Bond (per case limit):** | $77,473,905.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/23/2016 | {5} | FIRST AMERICAN INTERNATIONAL BANK | Part of Purchase Price for Sale of 87-10 51st Ave., Apt. 2S - Total Purchase Price - $300,000 | 1129-000 | 49,000.00 | | 579,668.17 |
| 09/23/2016 | {5} | CATHAY BANK | Part of Purchase Price for Sale of 87-10 51st Ave., Apt. 2S - Total Purchase Price - $300,000 | 1129-000 | 80,000.00 | | 659,668.17 |
| 09/23/2016 | {5} | HSBC | Part of Purchase Price for Sale of 87-10 51st Ave., Apt. 2S - Total Purchase Price - $300,000 | 1129-000 | 130,000.00 | | 789,668.17 |
| 09/27/2016 | | From Account #******5367 | Transfer from escrow for Purchase of Unit 2S - Forfeited by original bidder | 9999-000 | 35,000.00 | | 824,668.17 |
| 09/27/2016 | | From Account #******5367 | Deposits on 5R | 9999-000 | 17,500.00 | | 842,168.17 |
| 09/27/2016 | 10105 | 87-10 Operating LLC | Return of deposits on Units 2S and 5R Voided on 09/27/2016 | 2990-004 | | 0.00 | 842,168.17 |
| 09/27/2016 | 10105 | 87-10 Operating LLC | Return of deposits on Units 2S and 5R Voided: check issued on 09/27/2016 | 2990-004 | | 0.00 | 842,168.17 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 887.43 | 841,280.74 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                                      *! - transaction has not been cleared*

Exhibit 9
Page: 8

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 Checking Account |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/27/2016 | 10106 | 87-10 Operating LLC | Payment of Break-Up fee for Unit 5R Pursuant to Court Order entered on June 10, 2016 | 2500-000 | | 5,000.00 | 836,280.74 |
| 10/27/2016 | 10107 | 87-10 Operating LLC | Payment of Break-Up fee for Unit 2S Pursuant to Court Order entered on June 10, 2016 | 2500-000 | | 5,000.00 | 831,280.74 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,185.58 | 830,095.16 |
| 11/22/2016 | | Transfer from Checking to Escrow as per Stipulation | As per Stipulation dated 3/29/16, $42,353.15 to be held in Escrow | 9999-000 | | 42,353.15 | 787,742.01 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,262.12 | 786,479.89 |
| 12/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -1,262.12 | 787,742.01 |
| 01/10/2017 | | Transfer from Operating Account | Trustee's 5% fees on funds being held in Escrow for future distribution | 9999-000 | | 2,117.65 | 785,624.36 |
| 02/08/2017 | 10108 | National Cooperative Bank/NCB, FSB | Distribution payment - Dividend paid at 100.00% of $146,201.96; Claim # NCB; Filed: $227,274.95 | 4210-000 | | 146,201.96 | 639,422.40 |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 Checking Account |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/08/2017 | 10109 | NYS DEPT OF TAX & FINANCE BANKRUPTCY SECTION | Distribution payment - Dividend paid at 100.00% of $1,647.81; Claim # 2-3; Filed: $1,647.81 | 4800-000 | | 1,647.81 | 637,774.59 |
| 02/08/2017 | 10110 | 87-10 Operating LLC | Distribution payment - Dividend paid at 100.00% of $131,627.67; Claim # 5; Filed: $277,142.39 | 4110-000 | | 131,627.67 | 506,146.92 |
| 02/08/2017 | 10111 | 87-10 51st Avenue Owners Corp. | Distribution payment - Dividend paid at 100.00% of $223,772.33; Claim # 7; Filed: $333,209.73 | 4210-000 | | 223,772.33 | 282,374.59 |
| 02/08/2017 | 10112 | Deborah J. Piazza | Distribution payment - Dividend paid at 100.00% of $43,367.04; Claim # COMM; Filed: $45,484.69 | 2100-000 | | 43,367.04 | 239,007.55 |
| 02/08/2017 | 10113 | Andrew W. Plotzker, CPA, LLC | Distribution payment - Dividend paid at 100.00% of $201.20; Claim # TEEACCTEXP; Filed: $201.20 | 3420-000 | | 201.20 | 238,806.35 |
| 02/08/2017 | 10114 | Andrew W. Plotzker CPA, LLC | Distribution payment - Dividend paid at 100.00% of $19,123.50; Claim # TEEACCTFEE; Filed: $19,123.50 | 3410-000 | | 19,123.50 | 219,682.85 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                          *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 10

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 Checking Account |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/08/2017 | 10115 | MYC & Associates, Inc. | Distribution payment - Dividend paid at 100.00% of $48,000.00; Claim # TEEBKR; Filed: $48,000.00 | 3991-500 | | 48,000.00 | 171,682.85 |
| 02/08/2017 | 10116 | Tarter Krinsky & Drogin LLP | Distribution payment - Dividend paid at 100.00% of $2,187.05; Claim # TEEFIRMEXP; Filed: $2,187.05 | 3120-000 | | 2,187.05 | 169,495.80 |
| 02/08/2017 | 10117 | Tarter Krinsky & Drogin LLP | Distribution payment - Dividend paid at 100.00% of $154,271.50; Claim # TEEFIRMFEE; Filed: $154,271.50 | 3110-000 | | 154,271.50 | 15,224.30 |
| 02/08/2017 | 10118 | Office Of The United States Trustee | Distribution payment - Dividend paid at 100.00% of $325.00; Claim # ; Filed: $325.00 | 2950-000 | | 325.00 | 14,899.30 |
| 02/08/2017 | 10119 | MYC & Associates, Inc. | Distribution payment - Dividend paid at 100.00% of $1,500.00; Claim # ; Filed: $1,500.00 | 3992-510 | | 1,500.00 | 13,399.30 |
| 02/08/2017 | 10120 | NYS DEPT OF TAX & FINANCEBANKRUPTCY SECTION | Distribution payment - Dividend paid at 100.00% of $225.62; Claim # 8; Filed: $225.62 | 6820-000 | | 225.62 | 13,173.68 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 11

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 Checking Account |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/08/2017 | 10121 | NYS Dept Of Tax & Finance | Distribution payment - Dividend paid at 100.00% of $4,807.39; Claim # 2-2P; Filed: $4,807.39. Payment return and voided on March 23, 2017. Claim No. 2 was amended by NYS Dept. of Taxation and Finance. Stopped on 03/23/2017 | 5800-005 | | 4,807.39 | 8,366.29 |
| 02/08/2017 | 10122 | DelBello Donnellan Weingarten Wise & Wiederkehr | Distribution payment - Dividend paid at 28.30% of $21,258.95; Claim # 1; Filed: $21,258.95 | 7100-000 | | 6,016.57 | 2,349.72 |
| 02/08/2017 | 10123 | NYS Dept Of Tax & Finance | Distribution payment - Dividend paid at 28.30% of $953.28; Claim # 2-2U; Filed: $953.28- Payment return and voided on March 23, 2017. Claim was amended by NYS Dept. of Taxation and Finance. Stopped on 03/23/2017 | 7100-005 | | 269.79 | 2,079.93 |
| 02/08/2017 | 10124 | Rappaport, Hertz, Cherson & Rosenthal P.C. | Distribution payment - Dividend paid at 28.30% of $7,349.25; Claim # 6; Filed: $7,349.25 | 7100-000 | | 2,079.93 | 0.00 |
| 03/23/2017 | {8} | STATE OF NEW YORK | Corporate Franchise Tax Refund | 1224-000 | 1,875.00 | | 1,875.00 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 12

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 Checking Account |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/23/2017 | 10121 | NYS Dept Of Tax & Finance | Distribution payment - Dividend paid at 100.00% of $4,807.39; Claim # 2-2P; Filed: $4,807.39. Payment return and voided on March 23, 2017. Claim No. 2 was amended by NYS Dept. of Taxation and Finance. Stopped: check issued on 02/08/2017 | 5800-005 | | -4,807.39 | 6,682.39 |
| 03/23/2017 | 10123 | NYS Dept Of Tax & Finance | Distribution payment - Dividend paid at 28.30% of $953.28; Claim # 2-2U; Filed: $953.28- Payment return and voided on March 23, 2017. Claim was amended by NYS Dept. of Taxation and Finance. Stopped: check issued on 02/08/2017 | 7100-005 | | -269.79 | 6,952.18 |
| 03/23/2017 | | Comptroller State of New York, Refund Account | Adjusting entry for Deposit 100004: Credited to the escrow account in error. Corporate Franchise Tax Refund | 1224-000 | -1,875.00 | | 5,077.18 |
| 03/27/2017 | | Transfer Funds | Deposit in Escrow account by Error - State Tax Refund | 9999-000 | 1,875.00 | | 6,952.18 |
| 04/04/2017 | | Transfer Funds from Escrow to Operating | For Final DIstribution | 9999-000 | 44,470.80 | | 51,422.98 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**      *! - transaction has not been cleared*

Exhibit 9
Page: 13

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 Checking Account |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/30/2017 | 10125 | National Cooperative Bank/NCB, FSB | Distribution payment - Dividend paid at 12.65% of $167,378.53; Claim # NCB; Filed: $227,274.95 | 4210-000 | | 21,176.57 | 30,246.41 |
| 05/30/2017 | 10126 | 87-10 Operating LLC | Distribution payment - Dividend paid at 13.86% of $152,804.25; Claim # 5; Filed: $277,142.39 | 4110-000 | | 21,176.58 | 9,069.83 |
| 05/30/2017 | 10127 | Deborah J. Piazza | Distribution payment - Dividend paid at 4.66% of $45,484.69; Claim # COMM; Filed: $45,484.69 | 2100-000 | | 2,117.65 | 6,952.18 |
| 05/30/2017 | 10128 | NYS DEPT OF TAX & FINANCEBANKRUPTCY SECTION | Distribution payment - Dividend paid at 30.60% of $325.12; Claim # 8-2; Filed: $325.12 | 6820-000 | | 99.50 | 6,852.68 |
| 05/30/2017 | 10129 | DelBello Donnellan Weingarten Wise & Wiederkehr | Distribution payment - Dividend paid at 23.95% of $21,258.95; Claim # 1; Filed: $21,258.95 Stopped on 06/27/2017 | 7100-005 | | 5,092.27 | 1,760.41 |
| 05/30/2017 | 10130 | Rappaport, Hertz, Cherson & Rosenthal P.C. | Distribution payment - Dividend paid at 23.95% of $7,349.25; Claim # 6; Filed: $7,349.25 | 7100-000 | | 1,760.41 | 0.00 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

## Form 2

Exhibit 9
Page: 14

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5366 Checking Account |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/27/2017 | 10129 | DelBello Donnellan Weingarten Wise & Wiederkehr | Distribution payment - Dividend paid at 23.95% of $21,258.95; Claim # 1; Filed: $21,258.95 Stopped: check issued on 05/30/2017 | 7100-005 | | -5,092.27 | 5,092.27 |
| 06/28/2017 | 10131 | DelBello Donnellan Weingarten Wise & Wiederkehr | Replacement of Check No. 10129 dated May 30, 2017. Distribution Payment - Additional 23.95% of Claim No. 1 | 7100-000 | | 5,092.27 | 0.00 |
| | | **COLUMN TOTALS** | | | 1,033,066.22 | 1,033,066.22 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 345,566.22 | 186,970.80 | |
| | | **Subtotal** | | | 687,500.00 | 846,095.42 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $687,500.00 | $846,095.42 | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 15

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5367 Escrow Account |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/20/2016 | | From Account #******5366 | Deposit for Purchase of Apartments | 9999-000 | 35,000.00 | | 35,000.00 |
| 07/22/2016 | {5} | Chase Cashier's Check - Remitter - May S. Wong | Deposit for Sale of 87-10 51st Ave., Apt. 5R - Check 2 of 4 | 1129-000 | 2,500.00 | | 37,500.00 |
| 07/22/2016 | {5} | Chase Cashier's Check - Remitter - May S. Wong | Deposit for Sale of 87-10 51st Ave., Apt. 5R - Check 4 of 4 | 1129-000 | 2,500.00 | | 40,000.00 |
| 07/22/2016 | {5} | Chase Cashier's Check - Remitter - May S. Wong | Deposit for Sale of 87-10 51st Ave., Apt. 5R - Check 3 of 4 | 1129-000 | 2,500.00 | | 42,500.00 |
| 07/22/2016 | {5} | Chase Cashier's Check - Remitter - Yan Li | Deposit for Back-up Bidder for Sale of 87-10 51st Ave., Apt. 5R | 1129-000 | 20,000.00 | | 62,500.00 |
| 07/22/2016 | {5} | Frist American International Bank Cashier's Check | Deposit for Back-up Bidder for Sale of 87-10 51st Ave., Apt. 2S | 1129-000 | 20,000.00 | | 82,500.00 |
| 07/22/2016 | {5} | Chase Cashier's Check - Remitter - Yan Li | Deposit for Sale of 87-10 51st Ave., Apt. 2S | 1129-000 | 32,500.00 | | 115,000.00 |
| 07/22/2016 | {5} | Chase Cashier's Check - Remitter - May S. Wong | Deposit for Sale of 87-10 51st Ave., Apt. 5R - Check 1 of 4 | 1129-000 | 40,000.00 | | 155,000.00 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.19 | 154,860.81 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

## Form 2

Exhibit 9
Page: 16

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5367 Escrow Account |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/04/2016 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -139.19 | 155,000.00 |
| 08/22/2016 | | To Account #******5366 | Deposit monies | 9999-000 | | 155,000.00 | 0.00 |
| 08/24/2016 | | From Account #******5366 | Return to escrow less $47,500 for purchase of 5R | 9999-000 | 107,500.00 | | 107,500.00 |
| 09/08/2016 | | To Account #******5366 | Returns of deposits - Stalking Horse Bidder on Units 5R and 2S; and back up bidder on Unit 5R | 9999-000 | | 55,000.00 | 52,500.00 |
| 09/27/2016 | | To Account #******5366 | Transfer from escrow for Purchase of Unit 2S - Forfeited by original bidder | 9999-000 | | 35,000.00 | 17,500.00 |
| 09/27/2016 | | To Account #******5366 | Deposits on 5R | 9999-000 | | 17,500.00 | 0.00 |
| | | **COLUMN TOTALS** | | | **262,500.00** | **262,500.00** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 142,500.00 | 262,500.00 | |
| | | **Subtotal** | | | **120,000.00** | **0.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$120,000.00** | **$0.00** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                    *! - transaction has not been cleared*

Exhibit 9
Page: 17

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-10061-SMB | |
| **Case Name:** | Empire State Conglomerates, Inc. | |
| **Taxpayer ID #:** | **-***0848 | |
| **For Period Ending:** | 08/01/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah J. Piazza (521800) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0000 Escrow |
| **Blanket Bond (per case limit):** | $77,473,905.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/22/2016 | | Transfer from Checking to Escrow as per Stipulation | As per Stipulation dated 3/29/16, $42,353.15 to be held in Escrow | 9999-000 | 42,353.15 | | 42,353.15 |
| 01/10/2017 | | Transfer from Operating Account | Trustee's 5% fees on funds being held in Escrow for future distribution | 9999-000 | 2,117.65 | | 44,470.80 |
| 03/23/2017 | | Comptroller State of New York, Refund Account | Corporate Franchise Tax Refund | 1224-000 | 1,875.00 | | 46,345.80 |
| 03/27/2017 | | Transfer Funds | Deposit in Escrow account by Error - State Tax Refund | 9999-000 | | 1,875.00 | 44,470.80 |
| 04/04/2017 | | Transfer Funds from Escrow to Operating | For Final DIstribution | 9999-000 | | 44,470.80 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 46,345.80 | 46,345.80 | $0.00 |
| Less: Bank Transfers/CDs | 44,470.80 | 46,345.80 | |
| Subtotal | 1,875.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,875.00 | $0.00 | |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

## Form 2

Exhibit 9
Page:  18

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-10061-SMB | **Trustee Name:** | Deborah J. Piazza (521800) |
| **Case Name:** | Empire State Conglomerates, Inc. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0848 | **Account #:** | ******0000 Escrow |
| **For Period Ending:** | 08/01/2017 | **Blanket Bond (per case limit):** | $77,473,905.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2925 Checking | $37,193.86 | $473.44 | $0.00 |
| ******5366 Checking Account | $687,500.00 | $846,095.42 | $0.00 |
| ******5367 Escrow Account | $120,000.00 | $0.00 | $0.00 |
| ******0000 Escrow | $1,875.00 | $0.00 | $0.00 |
| | $846,568.86 | $846,568.86 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)